UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANGLAP YAM, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>QI XIN, aka Brandon Qi; CHINA SUMMIT CAPITAL, LLC<br><br>Defendants. | <br><br>Civil Action No. 23-CV-9793<br><br>Motion to Dismiss |

Defendants Qi Xin, a/k/a Brandon Qi, and China Summit Capital, LLC (collectively "Defendants") motions to this Court for a dismissal of this matter. For the reasons set forth in the documents filed in support of this Motion, good cause exists to grant this Motion.

Respectfully submitted this 10 day of March, 2024

/s/Sang Young Han
Sang Young Han
YK Law, LLP
32 E. 57th Street,
8th Floor,
New York, NY 10022
716.907.7339
hansang01234@gmail.com
bhan@yklawnj.com

*Attorney for the Plaintiff QI XIN and CHINA SUMMIT CAPITAL, LLC*

1

The Court writes this endorsement to call attention to Defendants' failure to file a pre-motion submission in anticipation of moving to dismiss this action, as required by this Court's Individual Rules, and specifically, Individual Rule 4(A). Defendants are advised to ensure all future submissions to this Court are compliant with such rules, which may be found at https://www.nysd.uscourts.gov/hon-katherine-polk-failla.

The Court will nonetheless waive the pre-motion submission requirement in this instance. Accordingly, the Court hereby ORDERS Plaintiff to file any opposition to Defendants' motion on or before **April 8, 2024.** Defendants shall file any further reply on or before **April 22, 2024.**

Dated:    March 12, 2024
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE