UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANGLAP YAM,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>QI XIN, *also known as Brandon Qi*, and CHINA SUMMIT CAPITAL, LLC,<br><br>                              Defendants. | 23 Civ. 9793 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of Plaintiff's submissions at docket entries 61 and 62, the parties are hereby ORDERED to appear for a telephonic conference at **11:00 a.m. on February 26, 2025**.

The conference scheduled for February 26, 2025, at 11:00 a.m. will be held via video conference with public audio access available at (855) 244-8681, access code 2315 780 7370. Instructions to video participants will be sent separately in advance of the conference.

The Court GRANTS Plaintiff's request for an extension of time to file an amended complaint to on or before **March 14, 2025**.

        SO ORDERED.

Dated:   February 19, 2025
         New York, New York

*Katherine Polk Failla*
_____
            KATHERINE POLK FAILLA
            United States District Judge