UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANGLAP YAM, *individually and on behalf of all others similarly situated,*

                      Plaintiff,

-v.-

QI XIN, *also known as Brandon Qi,* and CHINA SUMMIT CAPITAL, LLC,

                      Defendants.

23 Civ. 9793 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court has received several filings by Defendants that necessitate clarification. First, Defendants filed three separate motions to dismiss. (Dkt. #81, 82, and 84). When the Court set the briefing schedule at the August 20, 2025 conference, it contemplated a single set of papers for Defendants' motion to dismiss (*i.e.*, one notice of motion, one memorandum of law, and one set of any supporting exhibits). Accordingly, the Court DENIES the three motions to dismiss without prejudice to Defendants promptly refiling them as one single set of papers. (Dkt. #81, 82, and 84). Separately, the Court observes that Defendants also filed an answer to Plaintiff's Second Amended Complaint ("SAC"). (Dkt. #83). Because the filing of an answer forecloses Defendants' motion to dismiss, the Court requests immediate clarification as to whether Defendants intend to move to dismiss or answer the SAC; they cannot do both.

    The Clerk of Court is directed to terminate the pending motions at docket entries 81, 82, and 84.

2

SO ORDERED.

Dated: October 23, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge