UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WANGLAP YAM, individually, and on behalf of all others similarly situated<br><br>Plaintiff<br><br>, v.<br><br>QI XIN, aka Brandon Qi; CHINA SUMMIT CAPITAL, LLC<br><br>Defendants. |  |

Civil Action No. 23-CV-9793

### NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT

Defendants Qi Xin (also known as Brandon Qi) and China Summit Capital, LLC (collectively, "Defendants"), by and through undersigned counsel, respectfully move this Court pursuant to Federal Rules of Civil Procedure 12(h)(3), 12(b)(1), and 12(b)(6) for an order dismissing Plaintiff's Amended Complaint (Dkt. 80) in its entirety for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. In support of this motion, Defendants submit the following memorandum of law and accompanying exhibits, and state as follows:

**MEMORANDUM OF LAW**

**I. Introduction**

Plaintiff's Amended Complaint asserts a civil RICO claim and state law claims based on

1

In the Court's October 23, 2025 order (Dkt. #85), Defendants were directed to immediately clarify for the Court whether they intend to move to dismiss Plaintiff's Second Amended Complaint ("SAC") or whether they intend to file an answer to the SAC. Defendants were further directed to file a single set of papers if they choose to file a motion to dismiss (*i.e.*, one notice of motion, one memorandum of law, and one set of any supporting exhibits).

After the Court issued its order, Defendants filed another motion to dismiss (Dkt. #86) that is substantially similar to the motion to dismiss at docket entry 84, which the Court denied without prejudice in the October 23, 2025 order (*see* Dkt. #85). Because Defendants have not filed a clarification or combined their arguments into a single motion to dismiss, the Court assumes that Defendants filed the latest motion without consulting the Court's order. Accordingly, the Court denies the above-motion without prejudice to Defendants promptly refiling it as one single set of papers along with the other motions that the Court has already denied. The Court directs Defendants to follow the Court's October 23, 2025 order. (Dkt. #85).

The Clerk of Court is directed to terminate the pending motion at docket entry 86.

Dated:     October 27, 2025         SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE