UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANGLAP YAM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

-against-

QI XIN, ALSO KNOWN AS BRANDON QI, AND CHINA SUMMIT CAPITAL, LLC.,

Defendants.

23 CIVIL 09793 (KPF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 3, 2026, Defendants' motion to dismiss is GRANTED. The Court dismisses Plaintiff's federal claim with prejudice and each of his state claims without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
August 4, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**